```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


ALFA MUTUAL INSURANCE       )
COMPANY,                    )
                            )
    Plaintiff,              )
                            )   CIVIL ACTION NO.
    v.                      )     2:11cv1023-MHT
                            )          (WO)
INFORMATICA CORPORATION,    )
                            )
    Defendant.              )
```

                         CONSENT ORDER

   Plaintiff Alfa Mutual Insurance Company brought this declaratory-judgment action against defendant Informatica Corporation seeking, among other things, a temporary restraining order and a preliminary injunction.  The parties have reached a joint and mutual agreement regarding the issues raised in the complaint.  The court, having determined that jurisdiction exists and that the parties' agreement should be given effect, it is the ORDER, JUDGMENT, and DECREE that:

   A.   The parties have agreed to maintain the status quo regarding, and not to cause any interruption to, (1)

any and all licensing agreements between plaintiff Alfa Mutual Insurance Company and defendant Informatica Corporation and (2) any and all business intelligence gathering abilities in effect at plaintiff Alfa Mutual Insurance Company made possible by the licensing agreements between the parties, pending further orders of the court;

    B.  The petition for temporary restraining order and motion for preliminary injunction (doc. no. 1) are denied as moot;

    C.  Either party may move for further and/or different relief by filing proper pleadings in this court; and

    D.  An on-the-record status conference in this cause is set for February 3, 2012, at 2:30 p.m.  Counsel for the parties are to arrange for the conference to be conducted by telephone.

    DONE, this the 6th day of December, 2011.

                         /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE